# EXHIBIT B



**COMMERCIAL ARBITRATION RULES
DEMAND FOR ARBITRATION**

| |
|---|
| You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement. |
| Name of Respondent: SKAuto Body Repair, Inc. and Shannon K. Abernathy |
| Address: 2490 South Main Street NW, Suite C |

| City: Kennesaw | State: Georgia | Zip Code: 30144 |
|---|---|---|
| Phone No.: | Fax No.: | |

| |
|---|
| Email Address: Ska6571@comcast.net and skautobodyrepair@gmail.com |
| Name of Representative (if known): N/A |
| Name of Firm (if applicable): N/A |
| Representative's Address: N/A |

| City: | State: Select... | Zip Code: |
|---|---|---|
| Phone No.: | Fax No.: | |

| |
|---|
| Email Address: |
| The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration. |
| Brief Description of the Dispute:<br><br>Respondents materially breached their duties and obligations under the valid, binding and enforceable Supply Agreement entered into between the parties by failing to comply with the exclusivity provision and failing to repay the unearned advance they incurred for not satisfying the required purchase commitments. |
| Dollar Amount of Claim: $ 237,500.00 |
| Other Relief Sought: ☑ Attorneys Fees  ☑ Interest  ☑ Arbitration Costs  ☐ Punitive/Exemplary<br>☐ Other: |
| Amount enclosed: $ 1,650.00<br>In accordance with Fee Schedule: ☐ Flexible Fee Schedule  ☐ Standard Fee Schedule |
| Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:<br><br>Experience with commercial supply agreement disputes. |
| Hearing locale: Atlanta, Georgia<br>*(check one)*  ☐ Requested by Claimant  ☑ Locale provision included in the contract |
| Estimated time needed for hearings overall:                      hours   or   One (1)                  days |

*Please visit our website at www.adr.org/support to file this case online.*
*AAA Customer Service can be reached at 800-778-7879.*



**COMMERCIAL ARBITRATION RULES
DEMAND FOR ARBITRATION**

| | |
|---|---|
| Type of Business: | |
| Claimant: Paints and Coating Company | Respondent: Quality Collision Repair Technicians |
| Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other? No | |
| Signature (may be signed by a representative): | Date: May 13, 2020 |
| Name of Claimant: Akzo Nobel Coatings, Inc. | |
| Address (to be used in connection with this case): 525 West Van Buren Street | |
| City: Chicago | State: Illinois | Zip Code: 60607 |
| Phone No.: 312-544-7472 | Fax No.: 312-544-7379 |
| Email Address: | |
| Name of Representative: Matthew Grant | |
| Name of Firm (if applicable): Husch Blackwell LLP | |
| Representative's Address: 190 Carondelet Plaza, Suite 600 | |
| City: St. Louis | State: Missouri | Zip Code: 63105 |
| Phone No.: 314-480-1500 | Fax No.: 314-480-1505 |
| Email Address: matt.grant@huschblackwell.com | |
| To begin proceedings, **please file online at www.adr.org/fileonline**. You will need to upload a copy of this Demand and the Arbitration Agreement, and pay the appropriate fee. | |

*Please visit our website at www.adr.org/support to file this case online.
AAA Customer Service can be reached at 800-778-7879.*